**Appeal Dismissed and Memorandum Opinion filed April 23, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00165-CV

---

**ROBERTO STANLEY, Appellant**

**V.**

**SHIVA GILL, Appellee**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-76937**

---

## MEMORANDUM  OPINION

This is an attempted appeal from a judgment signed November 7, 2018. Appellant filed a timely motion for new trial on December 5, 2018. Appellant's notice of appeal was filed February 26, 2019.

When appellant has filed a timely post-judgment motion, the notice of appeal must be filed within 90 days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a).

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On March 12, 2019, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction to entertain the appeal.

Accordingly, the appeal is ordered dismissed.


PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Spain